FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JAN 28  A 11: 18

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| United States of America, | : |
| v. | : |
| John Larrivee, Eliza Larrivee, a/k/a Eliza Cintron, Donald E. Larivee, and Marcelino Cintron | : DOCKET NO: 3:02CR241 (RNC) |
| and | : |
| Fortune Lending Group, LLC<br>Legal Department<br>2 Pomperaug Office Park, Suite 205<br>Southbury, CT 06488<br>                  Garnishee. | : |

## ANSWER OF THE GARNISHEE

I, Robb Heering, BEING DULY SWORN DEPOSES AND SAYS:

1. That I am the Managing Director and Sole Member of Garnishee, a Limited Liability Company, organized and existing under the laws of the State of Connecticut.

2. On January 19, 2005, Garnishee was served with the Writ of Garnishment.

3. For the period in effect as of the date of service Defendant was a sub-contractor of Garnishee working as a mortgage loan originator on a commission only basis. Any amounts paid to Defendant will be reported utilizing IRS Form 1099.

4. As of the date of service, Defendant has not earned any income, commissions, or fees from Garnishee, nor has Garnishee compensated Defendant in any way.

5.  In the event that Defendant earns any monies as a result of her affiliation with Garnishee, Garnishee will immediately withhold Twenty Five (25%) Percent of such earnings and submit same to the United States District Court pursuant to the subject Writ of Garnishment.

6.  The Garnishee is in no manner and upon no account currently indebted or under liability to the Defendant, <u>Eliza Larrivee, a/k/a Eliza Cintron,</u> and the Garnishee does not have in its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest.

The Garnishee mailed a copy of this Answer by US First Class mail to the Defendant on January 25, 2005 at 60 Holiday Hill, Waterbury, CT 06704.

Robb Heering
Managing Director/Sole Member
Fortune Lending Group, LLC

Subscribed and sworn to before me this 24th day of January, 2005.

Jay B. Matz
Commissioner of the Superior Court