UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, | : |
| v. | : |
| John Larrivee, Eliza Larrivee, a/k/a Eliza Cintron, Donald E. Larrivee, Claudette M. Larrivee and Marcelino Cintron | : DOCKET NO: 3:02CR241 (RNC) |
| and | : |
| Shakers Lincoln Mercury Legal Department 831 Straits Turnpike Watertown, CT 06795 Garnishee. | : |

FILED
2005 FEB 22 P 12:09
DISTRICT COURT
HARTFORD, CT.

### ANSWER OF THE GARNISHEE

I, __John J. Stavola__, BEING DULY SWORN DEPOSES AND SAYS:
    (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.
    state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the __Assistant Secretary__ of Garnishee, a
                    (state official title)

corporation, organized under the laws of the State of __CT__

On __2/14__, 2005, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes      No

___     ___     1.  Defendant was in my/our employ.

         2.  Pay period is ___ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

_____   Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

_____   Enter date above pay period ends.

         3.  Enter amount of net wages. Calculate below:

   (a) Gross Pay                      $_____
   (b) Federal income tax             $_____
   (c) F.I.C.A income tax             $_____
   (d) State income tax               $_____
   Total of tax withholdings          $_____
   Net Wages                          $_____ *
   (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim: Elza Larrivee is no longer employed here & has not been since 3/24/2001.

2

\*\* Check 1 and/or 2 if applicable\*\*

__X__  1.  The Garnishee is in no manner and upon no account indebted or under liability to the defendant, Eliza Larrivee, a/k/a Eliza Cintron, and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____  2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on __FEBRUARY 17, 2005__ at
(date)

__60 HOLIDAY HILL, WATERBURY, CT 06704__
(state street address, city, state and zip code)

or hand delivered to _____
(state actual address of where it was hand delivered)

on _____
   (date)

__[signature]__
(Affiant's signature)

Subscribed and sworn to before me this _17_ day of _February_, _2005_.

__Eileen O'Soule__
Notary Public

My Commission expires: _9/31/06_

3

The *Original Answer* must be mailed to:

>   United States District Court
>   Office of the Clerk
>   450 Main Street
>   Hartford, Connecticut 06103

Mail the check (made payable to the ***U. S. District Court)***

Send a **Copy** of this Answer to:

>   United States Attorney
>   Connecticut Financial Center
>   157 Church Street
>   New Haven, Connecticut 06510
>   Attn:  Financial Litigation Unit