UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:02CR241(RNC) |
| | : | |
| JOHN LARRIVEE | : | |

AFFIDAVIT OF RYAN MENSING

1. I am a Special Agent with the Drug Enforcement Administration ("DEA"), assigned to the Bridgeport, Connecticut resident office, and have served in this capacity for approximately 18 months. Prior to that, I served six years as an officer with the O'Fallon, Illinois, police department.

2. The information contained in this affidavit is based on: my personal knowledge and involvement in an investigation of John Larrivee; information received from other DEA Special Agents who have participated in this investigation; reports prepared by agents involved in this investigation; and my training and experience as a criminal investigator.

3. On April 2, 2003, the defendant, John Larrivee ("Defendant") pled guilty to one count of conspiracy to possess with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii). Defendant had posted bond and remained on release pending sentencing. Before sentencing, Defendant fled the jurisdiction, and a fugitive warrant was issued by the Hon. Robert N. Chatigny. On May 27, 2004, deputy U.S. Marshals found and arrested Defendant, at the Stratosphere Casino Hotel in Las Vegas, Nevada.

4. Among the items of personal property Defendant possessed at the time of his arrest was a Dell Inspiron 5150 notebook computer. The Marshals seized that computer incident to Defendant's arrest, and the computer was later turned over to the Connecticut DEA, where it remains today.

5. I have examined the Dell Inspiron 5150 for the limited purpose of further ascertaining its ownership. I turned on the computer, and found that the operating system is "Windows XP," which allows an owner or user to assign a name to the "log on" screen. On this computer, the name that appeared on the log on screen was "John," the same as Defendant's first name. I also looked at what is known as the ownership registry of the computer, which listed the computer as registered to "John."

6. Defendant's Dell Inspiron 5150 notebook computer is a relatively recent model, which appears to be in good working condition, and therefore, could likely be sold for well over $1,000. Accordingly, if the computer were returned to the custody of either the Defendant or a person designated by Defendant to receive it, I believe that a Court Order for such person to retain and preserve the computer pending the outcome of these proceedings may not be sufficient to assure the availability of the property for forfeiture.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 22d day of February, 2005

```
                                          _____
                                          SPECIAL AGENT RYAN MENSING
                                          DRUG ENFORCEMENT ADMINISTRATION
```