UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:02CR241(RNC) |
| | : | |
| JOHN LARRIVEE | : | |

## AFFIDAVIT OF JAIME L. SWIFT

1. I am a paralegal assigned to the Asset Forfeiture Unit of the United States Attorney's Office for the District of Connecticut.

2. In the above-captioned case, I have kept and maintained the U.S. Attorney's Offices' criminal forfeiture file. I have also handled for the U.S. Attorney's office, the processing of cash to be applied to satisfying the $44,600 money judgment forfeiture that was ordered in the September 5, 2003 Consent Order of Forfeiture.

3. The following sums of money have been applied to the $44,600 money judgment forfeiture:

    a. $3,673 cash, seized from Defendant; and

    b. $10,000 cash, received from Defendant.

Because a total of $13,673 has been forfeited and applied to the $44,600 money judgment, there remains a total of $30,927 due and owing on the forfeiture money judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this ___ day of February, 2005

                                                                                             JAIME L. SWIFT  
                                                                                             PARALEGAL II, FSA