# United States District Court

DISTRICT OF __CONNECTICUT__

**In the Matter of the Seizure of**

One Dell Inspiron 5150 Notebook Computer
c/o Drug Enforcement Administration
1000 Lafayette Blvd.
Bridgeport, CT 06604

**SEIZURE WARRANT**

CASE NUMBER: 3:02CR241(RNC)

To: **SPECIAL AGENT RYAN MENSING** and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Ryan Mensing, Drug Enforcement Administration, who has reason to believe that the property described below is subject to forfeiture to the United States, namely,

One Dell Inspiron 5150 Notebook Computer

in the _____ District of __CONNECTICUT__, which property is a substitute asset subject to forfeiture.

**YOU ARE HEREBY COMMANDED** to seize the above described property on or before March 5, 2004

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Robert N. Chatigny, U.S. District Judge, as required by law.

February ___, 2005 at ___ A.M. / P.M.              at _____, CONNECTICUT
**Date and Time Issued**                            **City and State**

HONORABLE ROBERT N. CHATIGNY
UNITED STATES DISTRICT/MAGISTRATE JUDGE
**Name and Title of Judicial Officer**              **Signature of Judicial Officer**

| **RETURN** | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN TO THE WARRANT | | |

**CERTIFICATION**

   I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

   Subscribed, sworn to, and returned before me this date.

 Date: _____

                                                         _____
                                                         **U.S. Judge or Magistrate**