183

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2005 MAR -7 A 10: 28

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 3:02CR241(RNC) |
| JOHN LARRIVEE | : February 28, 2005 |

### UNITED STATES OF AMERICA'S MOTION TO AMEND FORFEITURE ORDER TO REFLECT MONEY JUDGMENT BALANCE DUE AND TO INCLUDE SUBSTITUTE PROPERTY OF THE DEFENDANT, AND FOR ISSUANCE OF SEIZURE WARRANT FOR SUBSTITUTE PROPERTY

The United States of America ("United States"), by and through its attorney, the United States Attorney for the District of Connecticut, respectfully moves the Court, pursuant to Fed. R. Crim. P. Rule 32.2(e), to amend the Consent Order of Forfeiture to (1) reflect a $30,927 outstanding balance due of the forfeiture money judgment, and (2) include as forfeitable substitute property, one Dell Inspiron 5150 notebook computer. The United States also moves the Court to issue a seizure warrant for the aforesaid computer, to preserve its availability for forfeiture. As grounds for this motion, the United States relies on the Affidavit of Jaime Swift and the Affidavit of Ryan Mensing, and states the following. A proposed Order and a seizure warrant is also submitted with these pleadings.

Pertinent Facts

March 14, 2005.

United States v. Larrivee
3:02CV00241 (RNC)

Re: United States of America's Motion to Amend Forfeiture Order to Reflect Money Judgment Balance Due and to Include Substitute Property of the Defendant, and for Issuance of Seizure Warrant for Substitute Property (Doc. # 83)

Granted absent objection. So ordered.

Robert N. Chatigny U.S.D.J.