**U.S. Department of Justice**

Federal Bureau of Prisons

RECEIVED

Office of the Warden

Federal Correctional Institution    MAR 18  10 18 AM '05
Otisville, New York 10963

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

March 22, 2005

The Honorable Robert N. Chatigny
Chief United States District Court Judge
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

RE:   LARRIVEE, John
      Register Number 12187-014
      Case Number 3:02CR241 (RNC)

Dear Judge Chatigny:

Mr. Larrivee was sentenced on January 27, 2005, in the District of Connecticut, to a 168-month aggregate term for Conspiracy to Possess with Intent to Distribute more than Five Kilograms of Cocaine and Failure to Appear. At the time of sentencing, you recommended the Bureau of Prisons allow him to participate in the 500-hour Comprehensive Drug Treatment Program.

Mr. Larrivee was designated to the Federal Correctional Institution (FCI), Otisville, New York, for service of his sentence. He has a projected release date of July 22, 2016, via Good Conduct Time. FCI Otisville does not offer the 500-hour Comprehensive Drug Treatment Program; however, if eligible, he will be considered for transfer to a facility with the recommended program when he has fewer than three years remaining on his sentence. Mr. Larrivee will be encouraged to participate in other substance abuse programs offered at this facility.

I appreciate your recommendation and regret the Bureau of Prisons is unable to offer the 500-hour Comprehensive Drug Treatment Program at this time. The Judgement and Commitment Order will remain on file and he will be considered for future placement in the program once he is eligible. If you have any questions or you require further assistance, please do not hesitate to contact me.

Sincerely,

Fredrick Menifee
Warden

*Handwritten margin note:* The Clerk will docket this letter and send copies to counsel of record and U.S. Probation. So ordered.

Robert N. Chatigny, U.S.D.J.
March 29, 2005.

FILED  2005 MAR 31 P
US DISTRICT COURT
HARTFORD CT

02CR241 let.