January 27, 2006. The Clerk will docket this letter. Treating this as a request for a printout of the defendant's docket sheet, the request is hereby granted. So ordered.

Robert N. Chatigny, U.S.D.J.

John Larrivee
Reg. No. 12187-014
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

May 17, 2005

Clerk's Office
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

JAN 2 4 2006

    Re: United States v. John Larrivee
        Docket No. 3:02cr241(RNC)

Dear Madam/Sir:

    I am the defendant in the above captioned criminal matter. I write to request a docket entry printout ("docket sheet"). I do not have any funds to pay any costs that may be associated with this request.

    Please mail me a copy of the docket sheet at the address in the above right-hand corner as soon as possible. Thank you for your time and attention in this matter.

                                    Very truly yours,

                                    JOHN LARRIVEE