UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:02CR241(RNC) |
| | : | |
| JOHN LARRIVEE | : | |

MOTION FOR FINAL ORDER OF FORFEITURE

The United States hereby respectfully moves this Court, pursuant to 21 U.S.C. § 853, to issue the accompanying, proposed Final Order of Forfeiture, based on the representations set forth therein.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


    /s/
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct24829
157 Church Street, 23d Floor
New Haven, CT  06510
(203) 821-3700

-2-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing motion, along with the accompanying, proposed Order, were sent via postage prepaid first-class mail, this 18th day of May, 2007, to:

William F. Dow, Esq.
350 Orange Street
New Haven, CT 06503

                                                **Henry K. Kopel /s/**
                                                Assistant U.S. Attorney