UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 3:02CR241(RNC) |
| : | |
| JOHN LARRIVEE : | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on April 2, 2003, the defendant, John Larrivee ("Defendant") entered into a Plea Agreement with the United States, in which the Defendant pled guilty to one count of conspiracy to possess with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii), and in which Defendant agreed to a $44,600 money judgment forfeiture; and

WHEREAS, pursuant to 21 U.S.C. §§ 846, 841(b)(1)(A)(ii), and 853(a), this Court issued a Consent Order of Forfeiture, dated September 5, 2003 ("First Order of Forfeiture"), which imposed a $44,600, money judgment forfeiture; and

WHEREAS, on or about February 28, 2005, the United States submitted a Motion and Affidavit establishing that $30,927 of the $44,600 forfeiture money judgment remained unpaid, because a total of only $13,673 had been applied towards satisfying the money judgment; and

WHEREAS, the United States also submitted with that Motion an agent's Affidavit establishing that, at the time of the Defendant's arrest in this case, the agents seized from defendant's possession his Dell Inspiron 5150 notebook computer; and

WHEREAS, the First Order of Forfeiture also provided that the United States could at any time move for its amendment, to substitute property of the Defendant to satisfy any unpaid portion of the money judgment; and

WHEREAS, this Court granted the government's February 28, 2005, Motion and issued a Preliminary Second Order of Forfeiture, which:

    a. Imposed a money judgment forfeiture in the amount of $30,927, representing the unpaid remainder of the original $44,600 forfeiture money judgment in this case; and

    b. Ordered the forfeiture of substitute property from defendant John Larrivee, consisting of his Dell Inspiron 5150 notebook computer seized at the time of his arrest (hereinafter, the "Dell Inspiron 5150 computer"); and

    c. Ordered the Marshals to seize the Dell Inspiron 5150 computer, and ordered the United States to notify all interested parties of their right to file a claim asserting any legal right, title or interest in the said computer; and

WHEREAS, on April 12, 2006, notice of this action was published in the Connecticut Post; and

WHEREAS, no person or entity has timely filed a claim against the Dell Inspiron 5150 computer.

Now, therefore, on motion of the Plaintiff, United States of America, for a Final Order of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that pursuant to 21 U.S.C. § 853(n)(7), all right, title, and interest in the above-described Dell Inspiron 5150 computer is hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party; and

IT IS FURTHER ORDERED that pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property according to law; and.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Second Order of Forfeiture to substitute additional property having a value not to exceed the unpaid remainder of the forfeiture money judgment, which consists of $30,927 less the value of the forfeited Dell Inspiron 5150 computer; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two(2) certified copies of this Order to Assistant United States Attorney Henry K. Kopel, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510.

Dated this **23** day of **May**, 2007, at Hartford, Connecticut.

HONORABLE ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE