UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>John Larrivee, et al.,<br><br>        Defendant,<br><br>   and<br>Family Ford<br>1200 Wolcott Street<br>Waterbury, Connecticut 06708<br><br>        Garnishee. | COURT NO: 3:02CR241 (RNC) |

## WRIT OF GARNISHMENT

An application for a Writ of Garnishment against the property of John Larrivee, judgment debtor, has been filed with the Court by Assistant United States Attorney Christine Sciarrino, United States Attorney Office, Connecticut Financial Center 157 Church Street, 23rd Floor, New Haven, Connecticut 06510. A Judgment has been entered against the defendant, whose last known address is XXXXXXXXXXXXXX, XXXXXXXXX, XXXXXXXXXXX XXXXX. As a result of this Judgment, the defendant is indebted to the United States in the sum of $334,396.88. The underlying nature of this debt is a Court Order for payment of a Bond Forfeiture.

You are required by law to answer under oath, whether or not you have in your custody, control or possession, any compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise and includes periodic payments pursuant to a pension or retirement program,

and/or other nonexempt disposable earnings to be disbursed to or on behalf of John Larrivee.

Please indicate in your Answer whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, biweekly or monthly.

You must file the original Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Court at 450 Main Street, Hartford, Connecticut 06103. Additionally, you are required by law to serve a copy of the Answer upon the debtor at XXXXXXXXXXXXXX, XXXXXXXXX, XXXXXXXXXXX XXXXX and upon Assistant United States Attorney Christine Sciarrino.

You are hereby commanded to satisfy the judgment by garnishing twenty-five percent (25%) of the debtor's nonexempt disposable earnings pursuant to 28 U.S.C. §3205.

You are hereby commanded to immediately withhold any compensation that may be subject to garnishment.

Furthermore, if there is no objection or request for hearing filed with the Court, or the deadline for filing a request for hearing or other responsive pleading has expired, you are further commanded to immediately commence garnishment by sending checks made payable to "Department of Justice" and referencing the docket number and debtor's name to: United States Attorney's Office, Financial Litigation Unit, Connecticut Financial Center, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510.

If you fail to answer this Writ or fail to withhold nonexempt disposable earnings pursuant to either the Federal Debt Collection Procedures Act, 28 U.S.C. §3001, et seq. or any other property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non exempt property.

Under the law, there is certain compensation which may be exempt from this Writ of Garnishment. A list of federal and state exemptions is provided in the accompanying Clerk's Notice.

Pursuant to 15 U.S.C. § 1674, the Garnishee is prohibited from discharging the defendant from employment by reason of the fact that the judgment debtor's earnings are been subject to garnishment for any one indebtedness.

It is unlawful to pay or deliver to the defendant any item attached by this Writ. If you fail to answer as directed, or if you unlawfully dispose of any item attached by this Writ, or if you fail to withhold and disburse property to the Government as ordered by this Writ, judgment may be rendered against you for the full amount of plaintiff's claim against the defendant in this action.

SO ORDERED.

Dated at Hartford, Connecticut, on this 15 day of December 2007.

Robert N. Chatigny
United States District Judge